UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ANGHEL HORNEA,

    Petitioner,

v.                                        No. 1:25-CV-241-H

KRISTI NOEM, et al.,

    Respondents.

## **FINAL JUDGMENT**

For the reasons stated in the Court's Order, Dkt. No. 9, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on January 15, 2026.

                                                            JAMES WESLEY HENDRIX
                                                            UNITED STATES DISTRICT JUDGE